

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30704
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Jasmine TaQuanna Davis
14131 Kendrick Cross Road
Charlotte, NC 28273
Social Security No.: xxx–xx–2863

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 06/05/2026 as document(s) # 15 is defective for the reason(s) marked below:

Notice sets hearing/opportunity for hearing on a day that is not a court date.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: June 8, 2026                                        Christine F Ramsey
                                                           Clerk of Court

Electronically filed and signed (6/8/26)